# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HOLLY ALLEN-KING, as Personal Representative of the Estate of Brent King,<br><br>                 Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, VISTA STAFFING SOLUTIONS, INC., NAVTEJPAL SINGH KAHLON, and DOES 1-10,<br><br>                 Defendants. | CV 25-85-GF-WWM<br><br>ORDER |

Defendant United States has filed an unopposed motion to appear telephonically at the Preliminary Pretrial Conference set for January 15, 2026, at 1:30 p.m. at the Russell Smith Courthouse in Missoula, Montana. (Doc. 15). Like other parties, the government will incur costs in civil cases to participate in preliminary pretrial conferences, hearings, final pretrial conferences, and trials. Without a factual basis to conclude that the government has no budget to fund round-trip travel from Helena to Missoula, the Court will not create an exemption for the government from in-person participation for the proceedings that it is not prepared to extend to other parties. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion (Doc. 15) is DENIED. Counsel for the United States shall appear in person at the Preliminary Pretrial Conference.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of January, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE